**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ANTONIO GLASS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 22-CV-0164 |
| | ) | |
| vs. | ) | Honorable Judge Jorge L. Alonso |
| | ) | |
| VILLAGE OF MAYWOOD, et al. | ) | Magistrate Judge Jeffrey Cummings |
| | ) | |
| Defendants. | ) | |

**VILLAGE OF MAYWOOD'S MOTION TO SUBSTITUTE COUNSEL**

NOW COMES the Defendants, Village of Maywood and Police Officers Illir Shemitraku and John Cohairo, and moves this Honorable Court for entry of an order withdrawing KLEIN, THORPE AND JENKINS, LTD., as counsel for Defendants and substituting ODELSON, STERK, MURPHEY, FRAZIER & McGRATH, LTD., as counsel for Defendants. In support thereof, Defendants states as follows:

1. The law firm of KLEIN, THORPE AND JENKINS, LTD. previously filed its appearance on behalf of the Defendants.

2. Defendants, Village of Maywood and Police Officers Illir Shemitraku and John Cohairo, wish to be represented by ODELSON, STERK, MURPHEY, FRAZIER & McGRATH, LTD., who will file its appearance on behalf of Defendants.

3. Howard C. Jablecki, of the law firm of Klein, Thorpe and Jenkins, Ltd. seeks leave of court to withdraw his appearance on behalf of Defendants, Village of Maywood and Police Officers Illir Shemitraku and John Cohairo.

4. This substitution is not sought for the purpose of delay but to accommodate Defendant's selection of new counsel to represent it. A substitution indicating new counsel's appearance is attached hereto as Exhibit A.

WHEREFORE, the Defendant respectfully requests this Honorable Court (1) to allow Klein, Thorpe and Jenkins, Ltd. to withdraw its appearance as counsel for the Defendants, Village of Maywood and Police Officers Illir Shemitraku and John Cohairo; (2) to allow Odelson, Sterk, Murphey, Frazier & McGrath, Ltd., to file its appearance as counsel for Defendants, Village of Maywood and Police Officers Illir Shemitraku and John Cohairo; and (3) for any additional relief the Court deems proper.

Respectfully submitted,

By: */s Michael J. McGrath*

Michael J. McGrath
**ODELSON, STERK, MURPHEY, FRAZIER & McGRATH, LTD.**
3318 West 95th Street
Evergreen Park, IL 60805
(708) 424-5678
mmcgrath@osmfm.com